# UNITED STATES DISTRICT COURT
## District of Minnesota

M & T Bank,

                Plaintiff,

v.

Kurtis K. Krueger, as co-trustees of Northwood's Lake Trust Number 500,
Mattie M. Krueger, as co-trustees of Northwood's Lake Trust Number 500,
Ryan S. Krueger, as co-trustees of Northwood's Lake Trust Number 500,
Robyn M. Krueger, as co-trustees of Northwood's Lake Trust Number 500,
Stephanie D. Krueger, as co-trustees of Northwood's Lake Trust Number 500,
HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates, Internal Revenue Service

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-CV-01535-MJD-LIB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Voluntary Dismissal is GRANTED without prejudice. Defendants Kurtis K. Krueger and Mattie M. Krueger are hereby dismissed.

Date: May 18, 2015

                RICHARD D. SLETTEN, CLERK

                s/L. Brennan

(By)            L. Brennan, Deputy Clerk